THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SELAMAWIT AFEWORKI,<br><br>　　　　Plaintiff,<br>　　v.<br><br>AVVO, INC.,<br><br>　　　　Defendant. | CASE NO. C17-0701-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery cutoff and discovery motions deadline (Dkt. No. 11). Pursuant to Federal Rule of Civil Procedure 6(b), the Court finds good cause and GRANTS the motion in order to provide parties additional time to meet and confer to work toward resolution of outstanding discovery disputes. The discovery cutoff and discovery motions deadline is hereby EXTENDED from March 26, 2018 to April 9, 2018.

DATED this 1st day of March 2018.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C17-0701-JCC
PAGE - 1