THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SELAMAWIT AFEWORKI,

        Plaintiff,

   v.

AVVO, INC.,

        Defendant.

CASE NO. C17-0701-JCC

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

     This matter comes before the Court on the parties' stipulated motion to continue trial and extend all unexpired pretrial deadlines (Dkt. No. 13). Pursuant to Federal Rule of Civil Procedure 6(b), the Court finds good cause and GRANTS the motion to provide parties additional time to engage in settlement negotiations and mediation before completing additional discovery. The Court therefore ORDERS as follows:

1. The jury trial in this matter is CONTINUED from July 23, 2018 to November 13, 2018 at 9:30 am.
2. The discovery cutoff date is EXTENDED to 120 days before the new trial date, and the dispositive motions deadline is EXTENDED to 90 days before the new trial date.
3. Rule 39.1 mediations shall be completed by August 10, 2018.

1.     4.   Trial briefs and proposed voir dire and jury instructions are due by November 5, 2018.

5.   The proposed pretrial order is due by November 2, 2018.

DATED this 6th day of April 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk
